Certificate Number: 12433-PAE-DE-036523833

Bankruptcy Case Number: 22-10557



12433-PAE-DE-036523833

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 4, 2022, at 2:57 o'clock PM EDT, Wendy E. Dietrich completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 4, 2022                By:   /s/Candace Jones

                                   Name:  Candace Jones

                                   Title: Counselor