| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 22-10557-PMM

| | |
|---|---|
| Wendy Dietrich | Petition Filed Date: 03/04/2022 |
| 56 Tritch Lane | 341 Hearing Date: 04/05/2022 |
| Mohnton  PA    19540 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2022 | $630.00 | | 05/10/2022 | $630.00 | | 06/10/2022 | $630.00 | |
| 07/12/2022 | $630.00 | | | | | | | |

**Total Receipts for the Period: $2,520.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,520.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER PERSONAL LOAN<br>»»  001 | Unsecured Creditors | $13,023.10 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $6,927.69 | $0.00 | $0.00 |
| 3 | M&T BANK<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 22-10557-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,520.00 | Current Monthly Payment: | $630.00 |
| Paid to Claims: | $0.00 | Arrearages: | $630.00 |
| Paid to Trustee: | $201.60 | Total Plan Base: | $37,800.00 |
| Funds on Hand: | $2,318.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.