## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Wendy Dietrich<br>    Debtor(s)<br><br>LAKEVIEW LOAN SERVICING, LLC, its successors and/or assigns<br>    Movant<br>  vs.<br>Wendy Dietrich<br>    Debtor(s)<br><br>Scott F. Waterman<br>    Trustee | CHAPTER 13<br><br>NO. 22-10557 PMM<br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of LAKEVIEW LOAN SERVICING, LLC, which was filed with the Court on or about **May 27, 2022 at Docket # 13**.

        Respectfully submitted,


        /s/ Denise E. Carlon, Esq.
        _____

        Denise E. Carlon, Esquire
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        Phone: (215)-627-1322

Dated: 11/30/2022