United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-10557-pmm

Wendy Dietrich     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Jan 12, 2023     Form ID: 155     Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wendy Dietrich, 56 Tritch Lane, Mohnton, PA 19540-7811 |
| 14674130 | | Discover, PO Box 71244, Charlotte, NC 28272-1244 |
| 14674131 | | Goldsman Sachs Bank USA, PO Box 70321, Philadelphia, PA 19176-0321 |
| 14674132 | + | John Werner, 56 Tritch Lane, Mohnton, PA 19540-7811 |
| 14679024 | + | LAKEVIEW LOAN SERVICING, LLC, C/O Rebecca Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14674134 | + | M&T Bank, 1100 Market Street, Harrisburg, PA 17103-2224 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14674127 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2023 00:36:10 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14674129 | | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:31 | Care Credit/Synchrony Bank, PO Box 96006, Orlando, FL 32896-0061 |
| 14674778 | + | Email/Text: dplbk@discover.com | Jan 13 2023 00:35:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14688706 | ^ | MEBN | Jan 13 2023 00:24:59 | LAKEVIEW LOAN SERVICING, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14686743 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2023 00:36:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14674135 | ^ | MEBN | Jan 13 2023 00:24:59 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 14674296 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14674128 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14674133 | *+ | John Werner, 56 Tritch Lane, Mohnton, PA 19540-7811 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jan 12, 2023 | Form ID: 155 | Total Noticed: 13

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

JOSEPH T. BAMBRICK, JR.
    on behalf of Debtor Wendy Dietrich NO1JTB@juno.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Wendy Dietrich
        Debtor(s)

Chapter: 13
Bankruptcy No: 22−10557−pmm

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 12th day of January 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Patricia M. Mayer
                                                Judge ,
                                                United States Bankruptcy Court

                                                               35
                                                           Form 155