UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

March 17, 2023

To: Joseph T. Bambrick, Jr
    Joseph T. Bambrick Jr., Esquire
    529 Reading Avenue, Suite K
    West reading, PA 19611

                      In re: Wendy Dietrich
                      Bankruptcy No. 22-10557PMM
                      Adversary No.
                      Chapter 13

    Re Application for Compensation #37

The above pleading was filed in this office on **2/17/2023.** Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

| | |
|---|---|
| ( ) | Affidavit |
| ( ) | Certificate of Service |
| (**X**) | Certification of no response |
| ( ) | Notice pursuant to Rule 9019 |
| ( ) | Notice pursuant to Rule 2002 |
| ( ) | Notice pursuant to Rule 3007.1 |
| ( ) | Proof of Claim number not noted on objection pursuant to Rule 3007.1(a) |
| ( ) | Proposed Order |
| ( ) | Stipulation |
| ( ) | Certification of Default |
| ( ) | Other |

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

                            Timothy B. McGrath
                            Clerk


                            By: <u>Tasha Dawsonia</u>
                                Deputy Clerk

status.frm
(rev. 11/26/2018)