UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    WENDY DIETRICH,    :    CHAPTER 13
                                    :
    DEBTOR    :    BANKRUPTCY NO. 22-10557

**CERTIFICATE OF NO RESPONSE**

    I, Joseph T. Bambrick, Jr., Esquire, hereby certify that on February 17, 2023 a copy of the Application for Compensation was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Motion filed by Joseph T. Bambrick, Jr., Esquire, on behalf of Wendy Dietrich.

Dated: March 28, 2023                /s/Joseph Bambrick
                                                      Joseph T. Bambrick, Jr., Esquire
                                                      Attorney ID 45112
                                                      529 Reading Avenue
                                                      West Reading, PA  19611
                                                      610/372-6400