| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-10557-PMM**

Wendy Dietrich
56 Tritch Lane
Mohnton  PA    19540

Petition Filed Date: 03/04/2022
341 Hearing Date: 04/05/2022
Confirmation Date: 01/12/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2022 | $630.00 | | 09/13/2022 | $630.00 | | 10/11/2022 | $630.00 | |
| 11/10/2022 | $501.00 | | 12/12/2022 | $501.00 | | 01/11/2023 | $501.00 | |
| 02/10/2023 | $501.00 | | 03/10/2023 | $501.00 | | 04/10/2023 | $501.00 | |
| 05/10/2023 | $501.00 | | 06/12/2023 | $501.00 | | 07/11/2023 | $501.00 | |

**Total Receipts for the Period:  $6,399.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,420.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | DISCOVER PERSONAL LOAN<br>»»  001 | Unsecured Creditors | $13,023.10 | $3,711.23 | $9,311.87 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $6,927.69 | $1,974.21 | $4,953.48 |
| 3 | M&T BANK<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 22-10557-PMM

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,420.00 | Current Monthly Payment: | $501.00 |
| Paid to Claims: | $8,185.44 | Arrearages: | $0.00 |
| Paid to Trustee: | $778.65 | Total Plan Base: | $24,951.00 |
| Funds on Hand: | $455.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.