| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-10557-PMM

Wendy Dietrich  
56 Tritch Lane  
Mohnton  PA   19540

Petition Filed Date: 03/04/2022  
341 Hearing Date: 04/05/2022  
Confirmation Date: 01/12/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2024 | $501.00 | | 09/10/2024 | $501.00 | | 10/10/2024 | $501.00 | |
| 11/12/2024 | $501.00 | | 12/10/2024 | $501.00 | | 01/10/2025 | $501.00 | |
| 02/10/2025 | $501.00 | | 03/10/2025 | $501.00 | | 04/10/2025 | $501.00 | |
| 05/12/2025 | $501.00 | | 06/10/2025 | $501.00 | | 07/11/2025 | $501.00 | |

**Total Receipts for the Period: $6,012.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $21,444.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | DISCOVER PERSONAL LOAN<br>»» 001 | Unsecured Creditors | $13,023.10 | $11,169.20 | $1,853.90 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $6,927.69 | $5,941.52 | $986.17 |
| 3 | M&T BANK<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10557-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,444.00 | Current Monthly Payment: | $501.00 |
| Paid to Claims: | $19,610.72 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,833.28 | Total Plan Base: | $24,951.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.