Certificate Number: 12433-PAE-DE-040776770

Bankruptcy Case Number: 22-10557



12433-PAE-DE-040776770

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 25, 2026, at 11:44 o'clock AM EDT, Wendy E. Dietrich completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 25, 2026               By:    /s/Lisa Susoev

                                     Name:  Lisa Susoev

                                     Title:   Teacher