In re    WENDY DIETRICH

Debtor(s)

Case No.    22-10557

Chapter    13

## DOMESTIC SUPPORT OBLIGATION DISCLOSURE FORM

**Section 1: to be completed by all debtors:**

Date:    MARCH 24, 2026                              Case No.    _____

Debtor:    WENDY DIETRICH                            Co-Debtor:    _____

SS No.    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                                SS No.    _____

Are you responsible for any Domestic Support Obligations described in 11 U.S.C. §101(14A) [debt owed to or recoverable by spouse, former spouse, child, child's guardian or governmental unit in the nature of alimony, maintenance or support?]

Debtor: yes _____ no __X____              Co-Debtor: yes _____ no _____

If your answer is "No" skip to Section 3 at the bottom of this form and sign. If your answer is "Yes", please complete Section 2 and sign at the bottom.

**Section 2: to be completed only if you answered "yes" above:**

Debtor's current marital status:                    Co-debtor's current marital status:

Married _____ Divorced _____              Married _____ Divorced _____

Separated _____ Widowed _____            Separated _____ Widowed _____

Name of person support is sent to:    _____

Complete Address:    _____

City _____ State _____ Zip _____

Phone _____

Are support payments deducted from your paycheck?    _____

Provide the State Agency Information:

Agency Name:    _____

Address:    _____

City: _____ State _____ Zip _____

Identify your Employer Name and Address:

_____
_____
_____

**Section 3: To be signed by all debtors**

I swear or affirm under penalty of perjury pursuant to 28 USC § 1746 that the information provided herein is true, correct and complete.

Debtor    _Wendy E. Dietrich_                    Co-Debtor    _____