*Form 242* (3/23)–doc 57 – 55

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Wendy Dietrich | ) | Case No. 22–10557–pmm |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF INACCURATE FILING

Re: Doc.# [55] Domestic Support Obligation Certification

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☐ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☑ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☐ Other: THIS IS THE DOCUMENT REQUIRED: B 2830 Chapter 13 Debtor's Certifications Regarding Domestic Support

In order for this matter to proceed, please submit the above noted correction on or before April 9, 2026, otherwise, the matter will be referred to the Court.

Date: March 26, 2026

For The Court

Mohung Wong
Clerk of Court