United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                 Case No. 22-10557-pmm

Wendy Dietrich                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                     User: admin                              Page 1 of 2

Date Rcvd: Apr 01, 2026                  Form ID: 138OBJ                          Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wendy Dietrich, 56 Tritch Lane, Mohnton, PA 19608-7811 |
| 14674131 | | Goldsman Sachs Bank USA, PO Box 70321, Philadelphia, PA 19176-0321 |
| 14674132 | + | John Werner, 56 Tritch Lane, Mohnton, PA 19608-7811 |
| 14679024 | + | LAKEVIEW LOAN SERVICING, LLC, C/O Rebecca Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14674134 | + | M&T Bank, 1100 Market Street, Harrisburg, PA 17103-2224 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 02 2026 01:00:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 02 2026 01:00:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14674127 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 02 2026 01:04:47 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14674129 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 02 2026 01:04:38 | Care Credit/Synchrony Bank, PO Box 96006, Orlando, FL 32896-0061 |
| 14674130 | ^ | MEBN | Apr 02 2026 00:55:28 | Discover, PO Box 71244, Charlotte, NC 28272-1244 |
| 14674778 | + | Email/Text: dplbk@discover.com | Apr 02 2026 01:00:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14688706 | ^ | MEBN | Apr 02 2026 00:55:05 | LAKEVIEW LOAN SERVICING, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14686743 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2026 01:04:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14674135 | ^ | MEBN | Apr 02 2026 00:55:10 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 14674296 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 02 2026 01:04:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14674128 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |

District/off: 0313-4                        User: admin                        Page 2 of 2

Date Rcvd: Apr 01, 2026                     Form ID: 138OBJ                     Total Noticed: 15

14674133      *+        John Werner, 56 Tritch Lane, Mohnton, PA 19608-7811

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026                  Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC ekishbaugh@kmllawgroup.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Wendy Dietrich christine.jtblaw@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)–doc 62 – 52

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Wendy Dietrich | ) | Case No. 22–10557–pmm |
| | ) | |
| | ) | |
|   Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 1, 2026

For The Court

Mohung Wong
Clerk of Court