*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                      : Chapter 13

Wendy Dietrich                                                    : Case No. 22–10557–pmm
              Debtor(s)

### *ORDER*
_____

    AND NOW, this day , July 1, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                                          By The Court

                                          Patricia M. Mayer
                                          Judge, United States Bankruptcy Court

                                                                      Form 195